IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Muhammad Gul,**<br>    Detainee,<br><br>**Abdul Hadi,**<br>    As the Next Friend of Muhammad Gul<br><br>*Petitioners*,<br><br>    *v.*<br><br>**GEORGE W. BUSH,** *et al.*,<br><br>*Respondents*. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-cv-01760<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PLEASE TAKE NOTICE THAT Petitioners have submitted to the Court Security Office for service and filing in the above-captioned action Petitioners' Opposition Motion to Dismiss.

Dated:   May 3, 2007

                                          Respectfully submitted,

                                          Counsel for Petitioners:

                                                    /s/ Jack Ratliff
                                          Jack Ratliff*
                                          Scott Sullivan
                                          University of Texas School of Law
                                          727 East Dean Keeton St.
                                          Austin, TX 78705
                                          Tel: 512 232 4857
                                          Fax: 512 471 6988

                                          Center for Constitutional Rights
                                          Gitanjali S. Gutierrez
                                          (Pursuant to LCvR 83.3(g))
                                          666 Broadway, 7th Floor
                                          New York, NY 10012
                                          Tel: 212 614 6485

                                          * Lead Counsel