IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Muhammed Gul,**<br>    Detainee, | )<br>)<br>) |
| **Abdul Hadi,**<br>    As the Next Friend of Mohammed Gul | )<br>)<br>) |
| *Petitioners*, | ) Civil Action No. 06-cv-01760<br>)<br>) |
| *v.* | )<br>) |
| **GEORGE W. BUSH**, *et al.*, | )<br>) |
| *Respondents*. | )<br>) |

## MOTION TO DISMISS WITHOUT PREJUDICE

The undersigned attorneys for Mr. Muhammed Gul (ISN #457) in reliance on the Respondent's representation that Mr. Gul is no longer at Guantanamo and has been repatriated to Afghanistan, hereby request that the court dismiss this cause without prejudice.

    Respectfully submitted,

    /s/ John Thomas Ratliff

    John Thomas ("Jack") Ratliff
    Scott Sullivan
    Kristine A. Huskey
    Rule of Law in Wartime Clinic
    University of Texas School of Law
    727 East Dean Keeton St.
    Austin, TX 78705
    Tel: 512-232-4857
    Fax: 512-471-6988

William Scanlan, Jr.
Schoenbaum, Curphy & Scanlan, P.C.
112 E. Pecan Street, Suite 3000
San Antonio, Texas 78205
Tel: 210-224-4491

Center for Constitutional Rights
Gitanjali S. Gutierrez
666 Broadway, 7th Floor
New York, NY 10012
Tel: 212-614-6485

*Counsel to Petitioners*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Muhammed Gul,<br>    Detainee,<br><br>Abdul Hadi,<br>    As the Next Friend of Mohammed Gul<br><br>*Petitioners*,<br><br>    v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>*Respondents*. | Civil Action No. 06-cv-01760 |

PROPOSED ORDER

The Court, having considered Petitioner's Motion for Dismissal Without Prejudice, hereby ORDERS that the Motion be granted; and

Dated: _____

_____
United States District Judge Urbina