# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 2 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| Muhammed Gul,<br>  Detainee, | ) |
|  | ) |
|  | ) |
|  | ) |
| Abdul Hadi, | ) |
|  As the Next Friend of Mohammed Gul | ) |
|  | ) Civil Action No. 06-cv-01760 |
| *Petitioners*, | ) |
|  | ) |
|  *v.* | ) |
|  | ) |
|  | ) |
| GEORGE W. BUSH, *et al.*, | ) |
|  | ) |
| *Respondents*. | ) |

## ORDER

The Court, having considered Petitioner's Motion for Dismissal Without Prejudice,

hereby ORDERS that the Motion be granted; and

Dated: August 27th 2007

United States District Judge Urbina